562

UNITED STATES of America, Appellant v. 4908.89 ACRES OF LAND, MORE OR LESS, SITUATE AND BEING IN STARR COUNTY, Tex., H. P. Guerra, et al., Appellees.

No. 14069.

United States Court of Appeals
Fifth Circuit.

Jan. 9, 1953.

Edmund B. Clark, Roger P. Marquis, Attys. Dept. of Justice, Washington, D. C., Wm. Amory Underhill, Asst. Atty. Gen., Ralph J. Luttrell, Acting Asst. Atty. Gen., for appellant.

Harbert Davenport, Brownsville, Tex., Gordon Gibson, Laredo, Tex., Chester H. Johnson, San Antonio, Tex., for appellees.

Before HOLMES, RUSSELL, and STRUM, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

ESSEX WIRE CORPORATION, Plaintiff, Appellant, v. COLE–HERSEE COMPANY, Defendant, Appellee.

No. 4680.

United States Court of Appeals
First Circuit.

Jan. 16, 1953.

John A. Dienner, Chicago, Ill. (Hector M. Holmes, Boston, Mass., and Edward C. Grelle, Chicago, Ill., on brief), for appellant.

Arthur D. Thomson, Boston, Mass. (Earl H. Thomson and Mary C. Metcalf, Boston, Mass., on brief), for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed on the opinion of Judge Ford, 105 F.Supp. 752.

Romeo BARSANTI, Plaintiff, Appellant, v. Dean ACHESON, Secretary of State of the United States, Defendant, Appellee.

No. 4692.

United States Court of Appeals
First Circuit.

Jan. 16, 1953.

Joseph G. Kelly, Boston, Mass., for appellant.

Philip T. Jones, Asst. U. S. Atty. (George F. Garrity, U. S. Atty., Boston, Mass., on brief), for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed, 103 F.Supp. 1011.